**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LILLIAN CHASE,

    Plaintiff,

v.                                                  CASE NO: 8:04-cv-885-T-26TBM

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

**O R D E R**

The Court's chamber's staff has been advised that the parties agreed that in return for Plaintiff not filing a notice of appeal Defendant would not pursue its motion to tax costs. Given that agreement, and in light of the fact that the time for Plaintiff to file a notice of appeal has expired, it is ordered and adjudged that the Motion for Taxation of Costs (Dkt. 169) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on November 1, 2006.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record